860

No. 166, Misc.   DE PAUNTO, ALIAS LIPSCOMB *v.* MICH-
IGAN.   C. A.   6th   Cir.   Certiorari   denied.

No. 167, Misc.   COLLIGAN *v.* NEW YORK.   Court of
Appeals of New York.   Certiorari denied.

No. 169, Misc.   MOORER *v.* SOUTH CAROLINA ET AL.
Supreme Court of South Carolina.   Certiorari denied.
*John H. Wrighten* for petitioner.   *Daniel R. McLeod,*
Attorney General of South Carolina, *Everett N. Brandon,*
Assistant Attorney General, and *Julian S. Wolfe* for
respondents.

No. 173, Misc.   SHIELDS *v.* TEXAS.   Court of Criminal
Appeals of Texas.   Certiorari denied.   *Bernard A.
Golding* for petitioner.

No. 178, Misc.   HINES *v.* UNITED STATES.   C. A. D. C.
Cir.   Certiorari denied.   Petitioner *pro. se.*   *Solicitor
General Cox* for the United States.

No. 179, Misc.   GOLDBERG *v.* UNITED STATES.   Court
of Claims.   Certiorari denied.   *Carl L. Shipley* and
*Thomas A. Ziebarth* for petitioner.   *Solicitor General
Cox* for the United States.

No. 183, Misc.   MOORE *v.* NEW YORK.   Court of
Appeals of New York.   Certiorari denied.

No. 184, Misc.   VAUGHN *v.* MAXWELL, WARDEN.   Su-
preme Court of Ohio.   Certiorari denied.

No. 185, Misc.   CADENA *v.* WASHINGTON ET AL.   C. A.
9th Cir.   Certiorari denied.